JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RUSSELL JOHNSON III,  ) Case No. CV 08-6002 CAS (CTx)
)
Plaintiff,  ) **JUDGMENT**
)
vs.  )
)
LUCENT TECHNOLOGIES, INC., )
CIGNA HEALTHCARE, and LOS )
ANGELES POLICE DEPARTMENT )
)
Defendants.  )
)

    Consistent with the findings of the Court's order, judgment is entered in favor of defendants Lucent Technologies, Inc. and Connecticut General Life Insurance Company and against plaintiff Russell Johnson III, each side to bear its own attorneys' fees and costs.

Dated: January 26, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE