UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | 2:08-cv-06002-CAS(CTx) | | Date | May 30, 2014 |
|---|---|---|---|---|
| Title | RUSSELL JOHNSON III V. LUCENT TECHNOLOGIES, INC. ET AL. | | | |

| Present: The Honorable | Christina A. Snyder | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers:)** PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT (Dkt. #105, filed May 28, 2014)

The facts and procedural history of this case are known to the parties and are set forth in this Court's order denying defendants' motion to dismiss. See dkt. #76. On May 21, 2014, defendant Lucent Technologies, Inc.'s ("Lucent") filed a motion for summary judgment. Dkt. #104. That motion is currently scheduled for June 23, 2014. Dkt. #104. Pursuant to the Local Rules, plaintiff's opposition is currently due on June 2, 2014. On May 28, 2014, plaintiff filed an ex parte application to continue the hearing, and associated briefing deadlines on Lucent's motion until July 28, 2014. Dkt. #105. Plaintiff states that extra time is required to oppose Lucent's motion because the record in this case is voluminous. Lucent filed an opposition on May 28, 2014, dkt. #106, stating that plaintiff's motion should be denied because plaintiff's counsel is already familiar with the legal arguments and evidence that form the basis for Lucent's motion for summary judgment.

In light of the voluminous record in this case, the Court finds that plaintiff has set forth good cause to continue the hearing on Lucent's motion. Accordingly, the Court hereby GRANTS plaintiff's ex parte application. The hearing on Lucent's motion for summary judgment shall take place on **July 28, 2014, at 10:00 am**. Plaintiff's opposition brief shall be due on **July 7, 2014**. Lucent's reply, if any, shall be due on **July 14, 2014**.

In its opposition, Lucent requests that, to the extent that the Court grants a continuance of longer than two weeks, the Court also continue the pretrial conference and trial date. In order to provide the parties with sufficient time to prepare for trial in the event that Lucent's motion for summary judgment is denied, the Court hereby

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                    O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-06002-CAS(CTx) | Date | May 30, 2014 |
|----------|------------------------|------|--------------|
| Title | RUSSELL JOHNSON III V. LUCENT TECHNOLOGIES, INC. ET AL. | | |

CONTINUES the pretrial conference and motion in limine hearing in this matter until **October 27, 2014, at 11:00 am**.  The trial in this matter shall commence on **November 12, 2014, at 9:30 am**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|--|----|---|----|
| Initials of Preparer | | CMJ | |