# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL H. JOHNSON, III,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES,<br><br>Defendant. | **CASE NO.: 08-CV-06002 CAS (CTx)**<br><br>[*Assigned for all purposes to the Hon. Christina A. Snyder, Courtroom 5*]<br><br>**[PROPOSED] JUDGMENT** |

Defendant Alcatel-Lucent USA Inc.'s (formerly "Lucent Technologies" and hereinafter "Defendant") Motion for Summary Judgment came on for a hearing on August 4, 2014 at 10:00 a.m., in Courtroom 5 of the above-entitled Court. C. Craig Woo and Sean-Patrick Wilson of Jackson Lewis P.C. appeared on behalf of Defendant. Philip L. Johnson appeared on behalf of Plaintiff Russell H. Johnson, III ("Plaintiff").

After considering Defendant's moving papers, Plaintiff's opposition papers, Defendant's reply papers and Plaintiff's subsequent amendment to his opposition papers, and after hearing the arguments of counsel and considering all of the other evidence and matters presented to the Court, the Court ordered that Defendant's motion for summary judgment was granted.

/ / /

IT THEREFORE IS ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing by his Complaint (or Amended Complaint), and that the action is fully and finally dismissed on the merits. Judgment is entered on the merits in favor of Defendant and against Plaintiff.

Dated: August 18, 2014

*Christina A. Snyder*
Hon. Christina A Snyder
United States District Judge